UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-09-231-TUC-DCB                                      Date: May 13, 2010

Title: *Blake v. Financial*

**HONORABLE DAVID C. BURY**

Proceedings:            \_\_\_\_\_Open Court        \_\_\_\_\_Chambers        X   Other

PLEASE TAKE NOTICE:

Based on a Stipulation of Dismissal,

IT IS ORDERED that this action is dismissed with prejudice and closed, each party to bear their own attorney fees and costs.

DATED this 13th day of May, 2010.

David C. Bury
United States District Judge